UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 1:19-cr-00226-JPH-TAB |
| JAMAL LANE, | ) ) | -01 |
| Defendant. | ) ) | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Pursuant to 18 U.S.C. § 3401(i) and 18 U.S.C. § 3583(e), the Court **ADOPTS** Magistrate Judge Kellie M. Barr's Report and Recommendation and all findings therein, dkt. [80]. The Court now **ORDERS** that Jamal Lane's supervised release is therefore **REVOKED**, dkt. [68], and Mr. Lane is sentenced to the custody of the Attorney General or his designee for imprisonment of 15 months with no supervised release to follow. The Court recommends placement at Federal Prison Camp at Terre Haute. Violation numbers 2 and 3 are **DISMISSED.**

**SO ORDERED.**

Date: 10/12/2023

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

All Electronically Registered Counsel

Electronic Notice to USPO

Electronic Notice to USM-C